UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW SUND,

                        Plaintiff,

        v.

LABOR READY NORTHWEST, et al.,

                        Defendants.

CASE NO. C17-895-RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 12th day of June, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge